September 12, 2008

Mr. Richard Kevin Spencer
Spencer & Waterbury
2501 Oak Lawn Ave., Ste. 295-LB 50
Dallas, TX 75219
Ms. Virginia Nelson Hammerle
The Hammerle Law Firm
2220 San Jacinto Blvd., Suite 200
Denton, Tx 76205-7540

RE: Case Number: 08-0521
 Court of Appeals Number: 02-05-00460-CV
 Trial Court Number: GA-2001-196

Style: IN RE GUARDIANSHIP OF KATHRYN HOUSEWORTH GIBBS, AN
 INCAPACITATED PERSON

Dear Counsel:

 Today the Supreme Court of Texas granted Kenneth Vern Gibbs, et al.'s
Motion to Abate and issued the enclosed abatement order in the above-
referenced case. The response to the petition for review is due no later
than 5:00 p.m., October 15, 2008.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

Enclosure
|cc:|Ms. Stephanie |
| |Robinson |
| |Ms. Cynthia |
| |Mitchell |
| |Ms. S. Camille |
| |Milner |